# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT of LOUISIANA

CASE NUMBER:

**2:22-cv-01296**

MAGISTRATE JUDGE

_____

U. S. DISTRICT JUDGE

_____

DARRIUS MARTIN

    PLAINTIFF

    Versus

AMERICAN SUGAR REFINING, INC
AKA  DOMINO SUGAR REFINERY
    DEFENDANT

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.**     **The parties to this complaint**

    **A.**     **The Plaintiff**

        Darrius Martin

        11800 City Park Central Lane

        Houston, TX  77047

**B.   The Defendant herein as follows:**

American Sugar Refining, Inc. "aka" Domino Sugar Refinery

7417 North Peters Street

Arabi, LA 70032

(Ms. Liz Mendoza, Manager)

**II.   Basis for Jurisdiction**

This action is being brought for discrimination in employment in accordance 28 U.S.C. section 1331: and Title VII of the Civil Rights Act of 1964 as Codified, 42 U.S.C. section 2000e to 2000ek-17.

**III.   Statement of Claims**

1. That Plaintiff was employed with Defendant Domino Sugar Refinery on November 4, 2018, as a specialty sugar weigher.

2. That American Refinery, Inc. manufactures and sells sugar under the brand name Domino Sugar, and operates inter alia a sugar refinery in Chalmette, Louisiana.

3. That on April 20, 2020, Plaintiff was discharged from his position with the company for an alleged posting on a social media platform (Facebook) of an article about the company in violation of company policy. That Plaintiff was never told about the prohibition.

4. That Plaintiff learned subsequent to his termination that two white employees (Vincent R. and Bryan) made postings on social media and were suspended but not terminated. That the company's failure to terminate

these two white employees clearly shows that Plaintiff was terminated because he is black.

5. That Plaintiff asserts and believes, and therefore alleges that he was discriminated against because of his race; and retaliated against in violation of Title VII of the Civil Rights Act of 1964 for having previously filed EEOC charge number: 461-2017-01150C against the defendant.

6. That ON August 23, 2020, plaintiff filed an EEOC charge alleging discrimination and retaliation. The EEOC failed to make a determination and issued a right to sue letter on February 10, 2022.

7. That Plaintiff asserts and believes, and therefore alleges that he was discriminated against because of his race; and retaliated against in violation of Title VII of the Civil Rights Act of 1964 for having previously filed EEOC charge number: 461-2017-01150C against the defendant. Accordingly, Plaintiff is entitled to be reinstated to his previous job, back and front pay, compensatory and punitive damages, along with attorney fees and court cost.

**WHEREFORE,** plaintiff Darrius Martin pray for judgement against American Sugar Refining Inc. as set forth hereinabove.

Further prays for trial by jury as to all the issues.

Attorney Robert E. Piper Jr.

Bar# 10,552

1515 Poydras Street, Suite 1040

New Orleans, LA 70112

(504) 318-465-5110